SEYFARTH SHAW LLP
Joshua A. Rodine
jrodine@seyfarth.com
Autumn L. Moore (SBN 274209)
amoore@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
LOWE'S HOME CENTERS LLC

MALATESTA LAW
Andrew Malatesta
ajm@malatesta-law.com
16501 Ventura Blvd., Suite 400
Encino, CA 91436
Telephone: 424-284-1384
Fax: 424-284-8170

Attorneys for Plaintiff
LIAM MOLE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAM MOLE, | Case No. 5:26-cv-00854-SSS (ACCVx) |
| Plaintiff, | **ORDER GRANTING DISMISSAL WITH PREJUDICE** |
| v. | |
| LOWE'S HOME CENTERS LLC, a North Carolina limited liability company; and DOES 1-20, inclusive, | |
| Defendants. | |

1

ORDER GRANTING DISMISSAL WITH PREJUDICE

325053963v.1

<u>**ORDER**</u>

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1.     All claims in the above-captioned action are dismissed in their entirety with prejudice; and

2.     Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: May 8, 2026

_____
Sunshine S. Sykes
United States District Judge

2

ORDER GRANTING DISMISSAL WITH PREJUDICE

325053963v.1